Clerk, U.S. District Court
Northern District of Alabama
Hugo Black U.S. Courthouse
1729 5th Ave. No.
Birmingham, AL 35203

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sequoia Energy, LLC
c/o Harlan Development Corp.
Registered Agent
N. 19th Street Extension
Middlesboro, KY 40965

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Gary [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Gary Cunningham
C. Date of Delivery: 8-4-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

CV-08-HGD-1356-S

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0003 2030 8676

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540