IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COAL SALES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | **CV-08-HGD-1356-S** |
| **SEQUOIA ENERGY, LLC,** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY FOR BREACH OF CONTRACT**

**COMES NOW** the Plaintiff, Drummond Coal Sales, Inc. (hereinafter "Drummond Coal Sales"), and pursuant to Federal Rule of Civil Procedure 56 hereby moves this Court to enter partial summary judgment in its favor and against Sequoia Energy, LLC ("Sequoia") on the grounds that there is no genuine issue of material fact and that it is therefore entitled to judgment as a matter of law on the issue of Sequoia's liability for breach of contract. The motion is supported by the following:

1.  All pleadings heretofore filed;

2

      2.      A Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment, including a Narrative Statement of Undisputed Facts, filed contemporaneously herewith;

      3.      An Evidentiary Submission in Support of Plaintiff's Motion for Partial Summary Judgment filed contemporaneously herewith, including the following evidentiary materials:

      (1)      Exhibit A:   December 28, 2007 Coal Supply Contract.

WHEREFORE, PREMISES CONSIDERED, Drummond Coal Sales respectfully requests this Honorable Court to enter an Order granting summary judgment in its favor and against Sequoia on the issue of Sequoia's liability for breach of contract.

      Respectfully submitted,

      /s/ H. Thomas Wells, III  
      H. THOMAS WELLS, III  
      ASB-4318-H62W  
      E-Mail:  htw@starneslaw.com

      PHILIP G. PIGGOTT  
      ASB-4379-P67P  
      E-Mail:  pgp@starneslaw.com

      WILLIAM ANTHONY DAVIS, III  
      ASB-5657-D65W  
      E-Mail:  tdavis@starneslaw.com

{B0988452}

        STARNES & ATCHISON LLP
        100 Brookwood Place, 7th Floor
        P.O. Box 598512
        Birmingham, AL  35259-8512
        Telephone: (205) 868-6000
        Fax: (205) 868-6099

        Attorneys for Drummond Coal Sales, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that on April 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Gilbert E. Johnston, Esquire
  James P. Pewitt, Esquire
  JOHNSTON, BARTON, PROCTOR & ROSE LLP
  Colonial Brookwood Center
  569 Brookwood Village, Suite 901
  Birmingham, Alabama 35209

        Respectfully submitted,

        /s/ H. Thomas Wells, III
        H. THOMAS WELLS, III

{B0988452}